1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6

IN THE UNITED STATES DISTRICT COURT FOR THE

7

EASTERN DISTRICT OF CALIFORNIA

8

9

10

11  UNITED STATES OF AMERICA,           )   Case No: 1:11-CR-253
                                        )
12                       Plaintiff,     )
                                        )   ORDER TO **UNSEAL** INDICTMENT
13       v.                             )
                                        )
14                                      )
     SAMUEL JOHNSON,                    )
15                                      )
                         Defendant.     )
16                                      )
                                        )
17  _____)

18       Upon application of the United States of America and good cause

19  having been shown,

20       IT IS HEREBY ORDERED that the indictment in the above-captioned

21  proceeding be and is hereby unsealed.

22

23  Date: Nov 18 , 2011          _Jennifer L. Thurston_
                                 Honorable Jennifer L. Thurston
24                               United States Magistrate Judge

25

26

27

28

2

1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9

10

11  UNITED STATES OF AMERICA,              )
                                           )   Case NO. 1:11-CR-253
12                         Plaintiff,      )
                                           )   REQUEST TO **UNSEAL** INDICTMENT
13       v.                                )
                                           )
14  SAMUEL JOHNSON,                        )
                                           )
15                         Defendant.      )
                                           )
16  _____    )

17

18
         The arrest warrant in the above-captioned proceeding was
19
    executed on November 18, 2011.  As a result, there is no need for the
20
    indictment to remain under seal.  Accordingly, the United States asks
21
    that the Court order that the indictment be unsealed.
22

23
                                     BENJAMIN B. WAGNER
24                                   United States Attorney

25

26  Date: November 18, 2011         /s/ Elana S. Landau
                                     By: Elana S. Landau
27                                   Assistant United States Attorney

28

                                      1