```
 1 │ JON K. RENGE, Bar #188529
   │ 2100 Tulare Street, Suite 406
 2 │ Fresno, California  93721
   │ Telephone: (559) 444-0300
 3 │
   │ Attorney for Defendant
 4 │ Samuel Johnson
 5 │
 6 │                 IN THE UNITED STATES DISTRICT COURT
 7 │                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8 │
 9 │ UNITED STATES OF AMERICA,    )  NO.   1:11-CR-00253 LJO-SKO
   │                              )
10 │          Plaintiff,           )  STIPULATION TO CONTINUE MOTIONS
   │                              )  SCHEDULE; ORDER
11 │     v.                       )
   │                              )  Date:  April 16, 2012
12 │ SAMUEL JOHNSON,              )  Time:  1:00 p.m.
   │                              )  Judge: Hon. Shelia K. Oberto
13 │          Defendant.           )
   │                              )
14 │ _____ )
15 │
```

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Elana Landau, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Samuel Johnson, that defense motions in the above-captioned matter may be filed on or about **March 26, 2012**, government replies to be filed on or about **April 12, 2012** and the hearing date remains on **April 16, 2012** at 1:00 p.m. before the Honorable Magistrate Shelia K. Oberto.

This continuance is requested by counsel for Defendant as defense needs time to research the law applicable to  issues and complete the motions.  The requested continuance will conserve time and resources for the parties and the court.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: March 29, 2012                     By: /s/ ELANA LANDAU
                                              Assistant United States Attorney

| | | |
|---|---|---|
| 1 | DATED: March 29, 2012 | By: /s/ JON K. RENGE |
| 2 | | Attorney for Defendant SAMUEL JOHNSON |

**O R D E R**

IT IS SO ORDERED.

**Dated:   March 29, 2012**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue;
[Proposed] Order                              −2−