# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-253 LJO |
| Plaintiff, | ) ) | ORDER RECONSIDERING AND GRANTING STIPULATION TO |
| v. | ) ) | CONTINUE TRIAL DATE; |
| SAMUEL JOHNSON, | ) ) ) | VACATING TRIAL DATE; AND CONVERTING TRIAL DATE INTO |
| Defendant. | ) ) ) | TRIAL SETTING CONFERENCE |

The Court has reviewed the recent filings concerning certain newly-disclosed evidence of prior similar acts under Federal Rule of Evidence 404(b). In light of these recent disclosures and Defense counsel's current trial schedule, the Court has concluded that this case is not ready for trial. Therefore, the Court has reconsidered and will GRANT the parties' stipulation to continue the trial date. *See* Doc. 26. The trial date is VACATED. Nevertheless, the parties shall appear at 8:30 a.m. on August 21, 2012 for a trial-setting conference.

The parties previously agreed that a continuance would be an appropriate exclusion of time within the meaning of Title 18, United States Code Section 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agreed to exclude time from the date of adoption of their joint stipulation to continue until the date of any Jury Trial. *See id*. The Court believes that this agreement is sufficient to exclude time at least until the trial-setting conference.

1

In an abundance of caution, the Court also makes an affirmative finding that this continuance is necessary to permit Defendant reasonable time to review the newly-disclosed evidence and prepare for trial.

IT IS SO ORDERED.

Dated: __**August 10, 2012**__         _____/s/ Lawrence J. O'Neill_____
                                                                                            UNITED STATES DISTRICT JUDGE