```
1    JON K. RENGE, Bar #188529
     2100 Tulare Street, Suite 406
2    Fresno, California  93721
     Telephone: (559) 444-0300
3
     Attorney for Defendant
4    Samuel Johnson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-00253 LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE MOTION SCHEDULE; ORDER |
| v. | ) ) | Date: February 11, 2013 |
| SAMUEL JOHNSON, | ) ) | Time: 8:30 a.m. Judge: Hon. Lawrence O'Neill |
| *Defendant.* | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Elana Landau, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Samuel Johnson, that defense motions in the above-captioned matter may be filed on or about **January 21, 2013**, government replies to be filed on or about **February 4, 2013** and the hearing date on **February 11, 2013** at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

                                                                           BENJAMIN B. WAGNER
                                                                           United States Attorney

DATED: January 17, 2013                                 By:  /s/ ELANA LANDAU
                                                                                   Assistant United States Attorney

| | | |
|---|---|---|
| 1 | DATED: January 17, 2012 | By: /s/ JON K. RENGE |
| 2 | | Attorney for Defendant<br>SAMUEL JOHNSON |

## **O R D E R**

Motions to be heard as requested, but instead at 9:30 a.m..

IT IS SO ORDERED.

**Dated:   January 17, 2013**          /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE