JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California 93721
Telephone: (559) 444-0300

Attorney for Defendant
Samuel Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CR-00253 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER DENYING IN PART |
| v. | |
| SAMUEL JOHNSON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Elana Landau, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Samuel Johnson, that the sentencing hearing in the above-referenced matter now set for April 29, 2013 may be continued to June 10, 2013 at 9:00 A.M.

This continuance is requested by counsel for the Defendant because additional time is needed to research sentencing issues pertinent to this case. Counsel for the Defendant has been in jury trial in State Court Case F10903564 in the case of People v. Cervantes since April 2, 2013; the estimate given to the jury is ten to twelve court days. Furthermore, counsel for the Defendant has been pre-assigned to a trial department in State Court Case F10902527 in the case of People v. Landeros which is to commence on May 6, 2013; the first trial lasted approximately one month.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

| | |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 8, 2013 | By: /s/ ELANA LANDAU<br>    Assistant United States Attorney |
| | |
| DATED: April 8, 2013 | By: /s/ JON K. RENGE<br>    Attorney for Defendant<br>    SAMUEL JOHNSON |

**O R D E R**

THE COURT CANNOT JUSTIFY A 6 WEEK CONTINUANCE OF A SENTENCING WHEN THE DEFENDANT IS IN LOCAL CUSTODY.  THE COST FACTOR IS HIGHER PER DIEM THAN BEING HOUSED AT THE FEDERAL PENITENTIARY.  THE COURT WILL GRANT THE SENTENCING CONTINUANCE TO MAY 20, 2013 AT 8:30 A.M.

IT IS SO ORDERED.

**Dated:   April 8, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue;
[Proposed] Order                          -2-